# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1706

_____

Ronnie Jackson

*Plaintiff - Appellant*

v.

Jeff Gutzmer, in his individual capacity; Natalie Liesman, in her individual
capacity; Michelle Smith, in her individual capacity; Tammy Wherley, in her
individual capacity; Tom Roy, in his official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: November 7, 2019
Filed: November 13, 2019
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Minnesota prisoner Ronnie Jackson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude that summary judgment was proper. *See Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir. 2011) (reviewing summary judgment decision *de novo*, viewing the record in the light most favorable to the non-moving party; stating that summary judgment is appropriate if no genuine issue of material fact exists such that the movant is entitled to judgment as a matter of law). Accordingly, we affirm. *See* 8th Cir. R. 47B.

―――――――――――――――――――

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.